# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2017

Stephen J. Markman,
Chief Justice

151414

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

TAMARA WOODRING,
　　　　　Plaintiff-Appellee,

v

SC: 151414
COA: 324128
Muskegon CC: 14-049544-NI

PHOENIX INSURANCE COMPANY,
　　　　　Defendant-Appellant.

_____/

　　　By order of September 27, 2016, the application for leave to appeal the March 3, 2015 order of the Court of Appeals was held in abeyance pending the decision in *Spectrum Health Hospitals v Westfield Ins Co* (Docket No. 151419). On order of the Court, the case having been decided on June 30, 2017, 500 Mich ___ (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. Among the issues to be considered, the Court of Appeals shall address whether the causal connection between the plaintiff's injuries and the maintenance of a motor vehicle as a motor vehicle is more than incidental, fortuitous, or "but for." *Thornton v Allstate Ins Co*, 425 Mich 643, 659 (1986).



a0928

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2017



Clerk